

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

**Susan Ghim, Of Counsel**
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

August 14, 2025

**MEMO ENDORSED**
at page 2

VIA ECF TO:
Hon. Edgardo Ramos, U.S.D.J.
United States District Court, SDNY
40 Foley Square
New York, NY 10007

Re:   Case No. 25cv753 Gonzalez v. Chestnut Holdings of New York, Inc., et al
      Request for Conference and Extension of Cheeks Motion Deadline

Dear Judge Ramos:

     As the Court is aware, undersigned counsel represents the Plaintiff Angel Collado Gonzalez ("Plaintiff") in the above referenced matter. On or about July 16, 2025, Plaintiff and the Defendants Chestnut Holdings of New York, Inc., 1231 LLC, Kerem Holdings 7 LLC and 1504 Sheridan LLC ("Defendants") (Plaintiff and Defendants collectively, "the Parties") settled their wage and hour disputes in principle. [ECF doc. 25]   On or about July 17, 2025, the Court ordered a deadline of August 15, 2025 for the parties to submit their settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015)  [ECF doc. 27]   On consent of Defendants' Counsel, Plaintiff respectfully requests: (1) a short phone conference before the court to resolve a legal impasse under *Cheeks*, and (2) thereafter a two week extension to finalize a draft, execute and file their settlement agreement for approval. *Id*.  This is the Parties' first request for a court conference concerning their settlement in principle and for an adjournment of the Cheeks motion deadline. All other court dates and/or deadlines were adjourned *sine die*.  [ECF doc. 27]

     Undersigned Counsel was at an all day mediation today on another matter and filed the instant requests as soon as possible.  The Parties were diligently working towards finalizing their settlement agreement. However, counsel for Defendants sent a redlined draft agreement with further changes, earlier today which left inadequate time to finalize an agreement for execution. Importantly, without disclosing the contents of settlement discussions, the Parties are at an impasse on two legal contentions under *Cheeks*.  The Parties mutually wish to proceed to execution on a final agreement in this case and believe that the Court would be able to assist in the swift resolution of this impasse.   As to the extension of the deadline to submit an executed document for approval, Plaintiff requires approximately two weeks after resolution of the legal impasse.  Undersigned counsel requires additional time for scheduling purposes as I need to meet with the client with a language translator to review the final agreement for execution.

1

Respectfully submitted,

/s/ Susan Ghim

_____

Susan Ghim

Via ECF to: all attorneys of record

> The request is granted. A conference is scheduled for August 26, 2025 at 11:30am. The deadline to file the executed settlement agreement for approval under *Cheeks* is September 9, 2025. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conferences start time.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 14, 2025
> New York, New York

2