# GMM | Gimigliano Mauriello & Maloney

Joshua A. Druck
Direct Dial 973-946-8298
jdruck@lawgmm.com

August 15, 2025

> The request is granted. The conference scheduled for August 26, 2025 at 11:30am is adjourned to September 2, 2025 at 11am. The new deadline to file the executed settlement agreement for approval under *Cheeks* is September 16, 2025. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conferences start time
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 18, 2025
> New York, New York

VIA ECF
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: Collado Gonzalez v. Chestnut Holdings of New York, Inc., et al.
Case No.: 1:25-cv-00753-ER

Dear Judge Ramos:

This firm represents defendants 1231 LLC, Kerem Holdings 7 LLC, 1504 Sheridan LLC and Chestnut Holdings of New York, Inc. (collectively, "Defendants") in the above-referenced matter. In accordance with Your Honor's Individual Practices in Civil Cases, we respectfully request that the Court adjourn the conference currently scheduled for Tuesday, August 26, 2025 at 11:30 a.m. (the "Conference") and set a new date convenient to the Court. Plaintiff's counsel has consented to this request.

The reason for the request is that undersigned counsel has previously scheduled family travel from August 22 through August 29, 2025, and is additionally unavailable on September 3-4, 2025. Defendants have not requested any previous adjournment of the Conference and no adjournment has been granted.

Defendants have conferred with counsel for Plaintiff and, subject to the Court's availability, the Parties propose any of the following dates for the rescheduled Conference: August 18-21; September 5; September 8-9; September 11-12; September 16-17; September 19; September 22; September 26; September 29-30, 2025. Because the Conference concerns the *Cheeks* submission, we further respectfully request that the deadline to submit the executed settlement agreement for approval be set for 14 days after the rescheduled conference.

We appreciate the Court's consideration.

Respectfully,

/s/ Joshua A. Druck

cc: Susan Ghim, Esq. (via ECF)